**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6839**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY D. BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Lacy H. Thornburg, District Judge.  (3:98-cr-00301)

Submitted:  October 18, 2007        Decided:  October 25, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bobby D. Brown, Appellant Pro Se.  C. Nicks Williams, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby D. Brown seeks to appeal the district court's order denying his motion for credit for time spent in pretrial detention. The district court's order was entered on the docket on January 7, 2007; Brown's notice of appeal was filed, at the earliest, on May 15, 2007. Because Brown failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal for lack of jurisdiction. <u>See</u> Fed. R. App. P. 4. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>